**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

MICHAEL COLLINS, ON BEHALF OF         CASE NO: 2:22-cv-961
HIMSELF AND ALL OTHERS SIMILARLY
SITUATED,

      PLAINTIFF,

      v.

UNIVERSAL PROTEIN SUPPLEMENTS
CORPORATION d/b/a UNIVERSAL
NUTRITION,

      Defendant.

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Plaintiff Michael Collins on behalf of himself and all others similarly situated hereby voluntarily dismisses the above captioned case against Universal Protein Supplements Corporation without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: July 28, 2022                   Respectfully submitted,


                                   */s/ D. Aaron Rihn*
                                   D. Aaron Rihn, Esquire
                                   PA ID No.: 85752
                                   Robert Peirce & Associates, P.C.
                                   707 Grant Street, Suite 125
                                   Pittsburgh, PA 15219
                                   Tel. (412) 281-7229
                                   arihn@peircelaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing document was filed via the Court's CM/ECF system on this 28th day of July 2022 and is available for download by all counsel of record.

/s/ D. Aaron Rihn
D. Aaron Rihn, Esquire
Counsel for Plaintiff